# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANTHONY TRUSELL,

        Plaintiff(s),

vs.

STEVE BAILEY, ET AL,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV59-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2009, Order.

May 28, 2009

FRANK G. JOHNS, CLERK

BY: s/ Carolyn Bouchard
      Carolyn Bouchard, Deputy Clerk